1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   ISAAC MONTGOMERY,                        | Case No. 1:18-cv-00643-LJO-EPG

12                  Plaintiff,                 | **ORDER GRANTING APPLICATION TO
                                                 PROCEED IN FORMA PAUPERIS**
13            v.
                                                (ECF Nos. 2, 3)
14   FRESNO COUNTY POLICE
     DEPARTMENT, *et al.*,                      **ORDER DIRECTING FRESNO COUNTY
15                                              JAIL TO FORWARD PAYMENT OF
                  Defendants.                   INMATE FILING FEE**
16

17          Isaac Montgomery ("Plaintiff") is a prisoner proceeding *pro se* in this action pursuant to

18   42 U.S.C. § 1983. Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28

19   U.S.C. § 1915. (ECF Nos. 2, 3). Plaintiff has made the showing required by § 1915(a), and

20   accordingly, the request to proceed *in forma pauperis* is granted.

21          Plaintiff is, however, obligated to pay the statutory filing fee of $350.00 for this action.

22   28 U.S.C. §§ 1914, 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of

23   twenty percent of the preceding month's income credited to his trust account.  The Fresno County

24   Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the

25   amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

26   § 1915(b)(2).

27          Based on the foregoing, IT IS HEREBY ORDERED that:

28          1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED;

                                                   1

**2.   The Sheriff of Fresno County or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.   The payments shall be clearly identified by the name and number assigned to this action.**

3.   The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Sheriff of Fresno County, via the court's electronic case filing system (CM/ECF).

4.    The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Sacramento Division.

5.   Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **August 7, 2018**                         /s/ *Erica P. Grosje*
                                        UNITED STATES MAGISTRATE JUDGE